IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT NEVILLE,**

    **Plaintiff,**

v.                                 Case No. 1:15cv111-MW/GRJ

**JENNIFER LESTER,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No.6. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Leave to proceed as a pauper, ECF No. 2, is **DENIED** as moot. Leave to file an amended complaint, ECF No. 4, is **DENIED**. This case is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on July 31, 2015.**

                                                **s/Mark E. Walker            **
                                                **United States District Judge**